UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:
DAY, RAYMOND ALBERT
DAY, IRIS SHANNON                           CASE NO. 18-40084TLH4
                                            CHAPTER 7

    Debtor(s)
_____/

### ORDER GRANTING MOTION FOR TURNOVER OF FUNDS AND CERTAIN PERSONAL PROPERTY OF THE DEBTOR TO THE TRUSTEE (Doc. # 28)

THIS CASE came before the Court upon the Motion for Turnover of Funds and Certain Personal Property of the Debtor to Trustee (Doc. #28). The Motion was filed under negative notice, no party filed an objection within the proscribed time period; the Court considers the matter unopposed, and no hearing appearing necessary, it is: ORDERED:

1. The Trustee Motion for Turnover is GRANTED.

2. The Debtor shall pay to the Trustee the 2017 tax refund in the amount of $5528.00, or provide a copy of the Department of Treasury/IRS documentation that said refund was offset and not distributed to the Debtors, within thirty (30) from the date of the entry of this Order.

DONE AND ORDERED, this __3rd____ day of __April_____20_20__.

                                                          KAREN K. SPECIE
                                                          United States Bankruptcy Judge

Trustee is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) days of entry of the order.

Order Prepared by:
Theresa M. Bender, Trustee
Copies provided to:
Office of the U.S. Trustee
Debtor
Debtor's Attorney